**The People of the State of Illinois, Plaintiff-Appellee, v. Henry O. Simmons, Defendant-Appellant.**

**Gen. No. 69–93.  (Abstract of Decision.)**

Third District.
January 22, 1970.

W. H. Henning, Public Defender, of Galesburg, for appellant; Donald C. Woolsey, State's Attorney of Knox County, of Galesburg, for appellee. Opinion by JUSTICE RYAN. Not to be published in full.